## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| STACY L. HURD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-338-JDK |
| | § | |
| HELP FINANCE GROUP, LLC and | § | |
| COMPLETE LEGAL PLAN, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### ORDER OF DISMISSAL

Before the Court is Plaintiff Stacy L. Hurd's notice of voluntary dismissal with prejudice (Docket No. 8).  Pursuant to Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **30th** day of **August, 2023.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE